UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDGAR ZUNIGA-MEJIA,**

    **Plaintiff,**

v.                                                    Case No.  5:22-cv-87-TKW-MJF

**JEFF THOMAS,** *et al.*,

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 9) and Plaintiff's objection (Doc. 12).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee or file a proper motion for leave to proceed *in forma pauperis* (IFP).

The Court did not overlook Plaintiff's argument that he should not have to pay a filing fee or file an IFP motion because this case involves essentially the same claim that he asserted in a 2020 case (5:20cv258-RV-MJF) for which the filing fee

has now been fully paid. The problem with this argument is that each new case that a plaintiff files requires payment of a new filing fee (or a proper IFP motion), even if the new case raises the same or similar claims as a prior case that was dismissed without prejudice. Moreover, although dismissal of a case without prejudice allows the plaintiff to reassert the claims in that case in another case (assuming the statute of limitations has not expired), the new case is not a continuation of the prior case and it is not exempt from the payment of a filing fee.

Nor did the Court overlook Plaintiff's argument that he submitted a 6-month print-out of his inmate trust account after the magistrate judge issued a deficiency order regarding the initial IFP motion. However, Plaintiff never submitted the motion and financial affidavit on the required form—despite being advised multiple times of his obligation to do so.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 3rd day of October, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**